# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CHEENA MARIE DONEY, <br><br> Defendant. | CR 18-18-BLG-SPW-1 <br><br> **ORDER** |

Defendant appeared before the Court on March 21, 2019, for a hearing on the United States' motion to revoke her pretrial release. Defendant waived a hearing on the alleged violations of the terms and conditions of her release. Therefore, based on the affidavit of PTSO Nickalas V. Buciuman, the Court finds by clear and convincing evidence that Defendant violated the terms of her release as set forth in Counts I-IX of the petition. (*See* Doc. 57.)

The United States moved to detain Defendant pending sentencing. At this time, the Court finds there is no condition or combination of conditions that will assure Defendant will not pose a danger to the safety of any other person or the community. Further, the Court finds that Defendant is unlikely to abide by any condition or combination of conditions of release. *See* 18 U.S.C. § 3148(b)(2).

Accordingly, IT IS ORDERED that the United States' motion to revoke Defendant's pretrial release is **GRANTED**. Defendant is remanded to the custody of the United States Marshals Service.

DATED this 21st day of March, 2019.

                                              _____
                                              TIMOTHY J. CAVAN
                                              United States Magistrate Judge